Brian J. Stibitz, AK Bar #0106043
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
*brian@reevesamodio.com*
Attorney for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT YUNDT HOMES, LLC, and ROBERT D. YUNDT II,<br><br>Defendants. | No. 3:23-CV- 00073-JMK |

### STIPULATION TO STAY DEADLINE TO ANSWER TO COMPLAINT

Plaintiff United States of America and Defendants Robert Yundt Homes, LLC, and Robert D. Yundt II, through their respective counsel, stipulate to a stay in this case. The parties are working on a tentative consent decree that will resolve the allegations in the Complaint. Accordingly, the parties request the court to stay proceedings in this matter, effective as of the date of execution of this stipulation. The parties will notify the court

STIPULATION TO STAY ANSWER TO COMPLAINT   PAGE **1** OF **3**
*U.S. v. Robert Yundt Homes, LLC, et al.*
CASE NO.: 3:23-CV-00073-JMK

Case 3:23-cv-00073-JMK   Document 6   Filed 06/14/23   Page 1 of 3

upon finalizing the terms of the proposed consent decree.

Respectfully submitted,

Date: June 14, 2023.

        REEVES AMODIO, LLC

By: */s/ Brian J. Stibitz*
    Brian J. Stibitz, No. 0106043
    500 L Street, Suite 300
    Anchorage, Alaska 99501
    T: 907-222-7100
    Email: *brian@reevesamodio.com*

*Attorneys for Defendants*

    TODD KIM
    Assistant Attorney General, Environmental and Natural Resources Division

    S. LANE TUCKER
    United States Attorney, District of Alaska

By: */s/ Daniel J. Martin*
    Daniel J. Martin
    Laura J.S. Brown
    Environmental Defense Section
    United States Department of Justice
    P.O. Box 7611
    Washington, DC 20044
    T: 203-307-1056
    Email: *daniel.martin3@usdoj.gov*

*Attorneys for Plaintiff*

STIPULATION TO STAY ANSWER TO COMPLAINT    PAGE **2** OF **3**
*U.S. v. Robert Yundt Homes, LLC, et al.*
CASE NO.: 3:23-CV-00073-JMK

Case 3:23-cv-00073-JMK   Document 6   Filed 06/14/23   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

Dated: June 14, 2023.

                                        */s/ Brian J. Stibitz*
                                        Brian Stibitz, Alaska Bar #0106043

STIPULATION TO STAY ANSWER TO COMPLAINT      PAGE **3** OF **3**
*U.S. v. Robert Yundt Homes, LLC, et al.*
CASE NO.: 3:23-CV-00073-JMK

Case 3:23-cv-00073-JMK    Document 6    Filed 06/14/23    Page 3 of 3